DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE ALBERTO IBOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-528-EJG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| JORGE ALBERTO IBOA, | ) | |
| | ) | Date:   February 29, 2008 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Edward J. Garcia |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
of America, and defendant, Jorge Alberto Iboa, through their respective
attorneys, that the status conference scheduled for February 29, 2008 may
be continued to March 7, 2008, at 10:00 a.m.

Mr. Iboa's case has just been transferred to undersigned defense
counsel for representation.  Additional time is needed to review the case
file and to confer with Mr. Iboa.  To afford time to complete these
tasks, the parties agree that time under the Speedy Trial Act may be
excluded through March 7, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
(B)(iv) (Local Code T4).

1                                           Respectfully submitted,

2                                           DANIEL J. BRODERICK
                                            Federal Defender
3

4   Dated:   February 27, 2008              /s/ T. Zindel
                                            TIMOTHY ZINDEL
5                                           Assistant Federal Defender
                                            Attorney for Defendant
6                                           JORGE ALBERTO IBOA

7

8                                           McGREGOR SCOTT
                                            United States Attorney
9

10  Dated:   February 27, 2008              /s/ T. Zindel for K. Reardon
                                            KYLE REARDON
11                                          Assistant U.S. Attorney

12

13                         **O R D E R**

14       The status conference is continued to March 7, 2008, at 10:00 a.m.

15  The Court finds that time under the Speedy Trial Act shall be excluded

16  through that date in order to afford counsel reasonable time to prepare.

17  Based on the parties' representations, the Court finds that the ends of

18  justice served by granting a continuance outweigh the best interests of

19  the public and the defendant in a speedy trial.

20       IT IS SO ORDERED.

21  Dated:   February 27, 2008

22                                          /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
23                                          United States District Judge

24

25

26

27

28