1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JORGE ALBERTO IBOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-528-EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JORGE ALBERTO IBOA, | ) | Date:  March 7, 2008 |
| Defendant. | ) | Time:  10:00 a.m. |
|  | ) | Judge: Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jorge Alberto Iboa, through their respective attorneys, that the status conference scheduled for March 7, 2008 may be continued to April 18, 2008, at 10:00 a.m.

   Mr. Iboa's case was recently reassigned to undersigned defense counsel. After an initial meeting with Mr. Iboa, counsel has determined that records in regard to his sole prior conviction need to be ordered which may take four to five weeks to obtain. Review of these records may affect resolution of the case.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded

through April 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 5, 2008          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for Defendant
                               JORGE ALBERTO IBOA


                               McGREGOR SCOTT
                               United States Attorney

Dated:  March 5, 2008          /s/ T. Zindel for K. Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

## O R D E R

The status conference is continued to April 18, 2008, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  March 5, 2008

                               /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               United States District Judge