1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JORGE ALBERTO IBOA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-07-528-EJG
                                     )
13                 Plaintiff,        )  **STIPULATION AND ORDER CONTINUING**
                                     )  **STATUS CONFERENCE AND EXCLUDING**
14       v.                          )  **TIME**
                                     )
15  JORGE ALBERTO IBOA,              )
                                     )  Date:  April 18, 2008
16                 Defendant.        )  Time:  10:00 a.m.
                                     )  Judge: Edward J. Garcia
17  _____  )

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Jorge Alberto Iboa, through their respective

21  attorneys, that the status conference scheduled for April 18, 2008 may be

22  continued to April 25, 2008, at 10:00 a.m.

23       Counsel for Mr. Iboa is currently unavailable due to his

24  representation in a lengthy evidentiary hearing in an unrelated case

25  which is expected to conclude shortly.  Additionally, a proposal has been

26  submitted by the government to resolve Mr. Iboa's case and additional

27  time is needed to consider this offer.  To afford time to complete these

28  tasks, the parties agree that time under the Speedy Trial Act may be

1  excluded through April 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)

2  and (B)(iv) (Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:  April 17, 2008            /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    JORGE ALBERTO IBOA

9

10                                   McGREGOR SCOTT
                                     United States Attorney
11

12 Dated:  April 17, 2008            /s/ T. Zindel for K. Reardon
                                     KYLE REARDON
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16      The status conference is continued to April 25, 2008, at 10:00 a.m.

17 The Court finds that time under the Speedy Trial Act shall be excluded

18 through that date in order to afford counsel reasonable time to prepare.

19 Based on the parties' representations, the Court finds that the ends of

20 justice served by granting a continuance outweigh the best interests of

21 the public and the defendant in a speedy trial.

22      IT IS SO ORDERED.

23 Dated:  April 17, 2008

24                                   /s/ Edward J. Garcia
                                     HON. EDWARD J. GARCIA
25                                   United States District Judge

26

27

28

Stip/Order/U.S. v. Jorge Alberto Iboa    -2-